PER CURIAM.
Affirmed. 42 U.S.C. § 1988 (1981); Mathews v. Eldridge, 424 U.S. 319, 348, 96 S.Ct. 893, 909, 47 L.Ed.2d 18, 41 (1976); Mennonite Bd. of Missions v. Adams, 462 U.S. 791, 800,103 S.Ct. 2706, 2712, 77 L.Ed.2d 180,188 (1983); Creative Environments, Inc. v. Esta-brook, 680 F.2d 822, 831 (1st Cir.), cert. denied, 459 U.S. 989, 103 S.Ct. 345, 74 L.Ed.2d 385 (1982).